IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00582-CMA-MJW

JULIA ZAFFARANO,

Plaintiff(s),

v.

DEPOSITORS INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order, DN 17, filed with the Court on August 2, 2011, is GRANTED.  The tendered written Protective Order is approved as amended in paragraphs 12 and 14, and made an Order of Court.

Date:   September 6, 2011