**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00582-CMA-MJW

JULIA ZAFFARANO,

    Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 40) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

DATED:  April __06__, 2012

                BY THE COURT:

                *Christine M Arguello*
                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge